10-CV-01674-AF

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDENCIO RODRIGUEZ HERNANEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.  C10-1674-JLR<br>(CR09-414-JLR)<br><br>**ORDER DENYING § 2255 MOTION** |

The Court, having reviewed petitioner's motion under § 2255, the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is **DENIED** and this case is **DISMISSED** with prejudice;

(3) Petitioner is **DENIED** issuance of a certificate of appealability; and

(4) The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 3rd day of Dec, 2010.

JAMES L. ROBART
United States District Judge

ORDER DENYING § 2255 MOTION- 1